13256-129 TMP/MER

IN THE UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
ROCK ISLAND DIVISION

| | |
|---|---|
| JERMAINE D. CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Law No. 20-cv-04161-CSB-JEH |
| | ) |
| SHAN JUMPER, SHARLENE CARAWAY, J.R. REID, GERALD CARREON, PAULA LODGE, DIANA DOBIER, AND LINDSEY WAGNER, | ) ) ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

The undersigned certifies that on Monday, November 22, 2021, a copy of **Defendants' Rule 26(a)(2) Expert Witness Disclosures** was served upon the individual named below by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mailbox, addressed to such party at the business address as disclosed by the pleading of record herein:

Jermaine D. Carpenter, #B32167  
Pinckneyville Correctional Center  
Inmate Mail/Parcels  
5835 State Route 154  
Pinckneyville, IL  62274

13256-129 TMP/MER

>Respectfully Submitted,
>
>SHARLENE CARAWAY, GERALD CARREON, DIANA DOBIER, SHAN JUMPER, PAULA LODGE, J.R. REID and LINDSEY WAGNER, Defendants
>
>s/ Theresa M. Powell
>Theresa M. Powell, IL ARDC #: 6230402
>Martha E. Ravenhill, IL ARDC #: 6306797
>HEYL, ROYSTER, VOELKER & ALLEN, P.C.
>3731 Wabash Avenue
>Springfield, IL 62711-6261
>Phone: 217.522.8822, Ext. 2222/5225
>Fax:    309.420.0402
>Email:  tpowell@heylroyster.com
>        mravenhill@heylroyster.com

**PROOF OF SERVICE**

I hereby certify that on Monday, November 22, 2021, I electronically filed the foregoing instrument, CERTFICIATE OF SERVICE OF DISCOVERY DOCUMENT, with the Clerk of the Court using the CM/ECF system.

I further hereby certify that on Monday, November 22, 2021, I have mailed by United States Postal Service the foregoing instrument, CERTFICIATE OF SERVICE OF DISCOVERY DOCUMENT, to the following non-CM/ECF participant:

>Jermaine D. Carpenter, #B32167
>Pinckneyville Correctional Center
>Inmate Mail/Parcels
>5835 State Route 154
>Pinckneyville, IL  62274
>***Pro Se Plaintiff***

>s/ Theresa M. Powell
>    Theresa M. Powell

TMP/cs (13256-129)
40490240_1.docx